# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Thermo Electron NA | 12/14/2022 | 266610 | Check | $ 5,143.83 |
| Akorn Operating Company, LLC | Thermo Electron NA | 1/19/2023 | 267034 | Check | $ 8,837.91 |
| Akorn Operating Company, LLC | Thermo Electron NA | 2/6/2023 | 267211 | Check | $ 4,299.60 |
| | | | | | $ 18,281.34 |