IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>　　　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>THERMO ELECTRON NA,<br><br>　　　　　　　Defendant. | <br><br>Adv. Proc. No. 25-50319 (KBO)<br><br>Re: Adv. D.I. 1 |

## STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Thermo Electron NA (the "Defendant"), hereby stipulate as follows:

　　1.　　Plaintiff filed its complaint against Defendant on February 14, 2025 [Adv. D.I. 1] (the "Complaint").

　　2.　　This Court issued the summons to the Complaint on April 21, 2025 [Adv. D.I. 3].

　　3.　　Defendant's deadline to respond to the Complaint is May 21, 2025.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

-2-

4. The parties agree that Defendant shall have through and including June 18, 2025, to answer or otherwise plead to the Complaint.

Dated: May 16, 2025

| | |
|---|---|
| **Saul Ewing LLP** | **Hiller Law, LLC** |
| /s/ *Paige N. Topper* <br> Evan T. Miller (DE Bar No. 5364) <br> Paige N. Topper (DE Bar No. 6470) <br> 1201 N. Market Street, Suite 2300 <br> Wilmington, DE 19801 <br> Telephone: (302) 421-6800 <br> evan.miller@saul.com <br> paige.topper@saul.com <br><br> *Counsel for Plaintiff* | /s/ *Adam Hiller* <br> Adam Hiller <br> 300 Delaware Avenue, Suite 210, <br> Wilmington, Delaware 19801 <br> Telephone: (302) 442-7677 <br> ahiller@adamhillerlaw.com <br><br> -and- <br><br> **Tucker Arensberg, P.C.** <br> Beverly Weiss Manne <br> Maribeth Thomas <br> Scott R. Leah <br> 1500 One PPG Place <br> Pittsburgh, PA 15222 <br> Telephone: (412) 594-5525 <br> bmanne@tuckerlaw.com <br> mthomas@tuckerlaw.com <br> sleah@tuckerlaw.com <br><br> *Counsel for Defendant* |

55583003.1 05/16/2025