**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on September 10, 2025, I caused a true and correct copy of the Answer and Affirmative Defenses to be served via operation of the Court's electronic filing system, and via email as follows:

>Evan T. Miller, Esq.
>Paige Topper, Esq.
>**SAUL EWING LLP**
>1201 N. Market Street
>Suite 2300
>Wilmington, DE 19801
>evan.miller@saul.com / paige.topper@saul.com

Dated: September 10, 2025
Wilmington, Delaware

HILLER LAW, LLC

 /s/ Adam Hiller
Adam Hiller (DE No. 4105)
300 Delaware Avenue, Suite 210, #227
Wilmington, DE 19801
Phone: 302-442-7677
ahiller@adamhillerlaw.com